# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| MARIA ESCOBEDO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>APPLEBEES, *et al.*,<br><br>　　　　Defendants. | 2:11-cv-00895-RFB-CWH<br>**ORDER** |

Before the court is *Maria Escobedo v. Applebees, et al.*, case no. 2:11-cv-00895-RFB-CWH.  A hearing on the motion to compel arbitration is scheduled for September 23, 2015 before the Honorable United States District Judge Richard F. Boulware, II.  (#52).

Accordingly,

IT IS HEREBY ORDERED that the Early Neutral Evaluation scheduled for October 8, 2015 is VACATED.

DATED this 22nd day of July, 2015.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE