KRISTOL BRADLEY GINAPP (Bar No. 8468)
kristol.ginapp@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

*Attorney for Defendant Apple Nevada LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIA ESCOBEDO,<br><br>            Plaintiff,<br><br>     vs.<br><br>APPLE NEVADA LLC,<br><br>            Defendant. | CASE NO. 2:11-cv-00895-RFB-CWH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE UNDER F.R.C.P. 41(a)(1)(A)(ii)** |

///
///
///
///
///
///
///
///
///
///
///
///
///

1

2

## STIPULATION OF DISMISSAL WITH PREJUDICE
## UNDER F.R.C.P. 41(a)(1)(A)(ii)

3

4       **COME NOW,** Plaintiff MARIA ESCOBEDO and Defendant APPLE NEVADA LLC, by

and through their respective attorneys, and, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), stipulate to the

5

dismissal with prejudice of this action in its entirety, with each party to bear their own costs and fees.

6       **IT IS SO STIPULATED,**

7    DATED: July 5, 2016.                          DATED: July 5, 2016

8

9    _/s/ Ryan Alexander_                           _/s/ Kristol Bradley Ginapp_
10   Ryan Alexander (Bar No. 10845)                 Kristol Bradley Ginapp (Bar No. 8468)
     RYAN ALEXANDER, CHTD.                          LEWIS BRISBOIS BISGAARD & SMITH LLP
11   3017 West Charleston Blvd., Suite 58           6385 S. Rainbow Boulevard, Suite 600
     Las Vegas, NV 89102                            Las Vegas, Nevada 89118
12   Tel: 702.868.3311                              Tel. 702.893.3383

13   *Attorneys for Plaintiff*                      *Attorneys for Defendant Apple Nevada, LLC*

14

15

16                                    **IT IS SO ORDERED.**

17

18   _____

19                                    **RICHARD F. BOULWARE, II**

20                                    **United State District Judge**

                                      **Dated:** __July 6, 2016._____

21

22

23

24

25

26

27

28



4818-3094-1746.1                        2

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5, I certify that I am an employee of Lewis Brisbois Bisgaard & Smith LLP, and that on this 5th day of July 2016, I did cause a true copy of **STIPULATION OF DISMISSAL WITH PREJUDICE UNDER F.R.C.P. 41(a)(1)(A)(ii)** to be served via electronic service through the U.S. District Court CM/ECF system to the parties of record as listed on the Electronic Filing System.


By   /s/ *Kileen Watase*
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4818-3094-1746.1